# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

January 12, 2010

*Receipt # 6844*

*1/12/10*

*$4.83*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE:    DICESARE, KARRIE K. and DICESARE, MICHAEL J.
      BK No.: 07-20284

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $4.83, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 6 | Fisher, Schacht & Oliver, LLP<br>c/ Lacy Katzen, LLP<br>130 E. Main Street<br>Rochester, NY 14604 | $280.32 | 04/27/07 | $4.83 |

Sincerely,

Madeline M. Stolt
Paralegal

Encl.



FILED 2010 JAN 12 PM 3:58 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

RECEIVED JAN 12 2010 BANKRUPTCY COURT ROCHESTER, NY

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP

Case 2-07-20284-JCN    Doc 75    Filed 01/12/10    Entered 01/12/10 16:16:20    Desc Main
Document    Page 1 of 1